**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT LINSKEY, | |
|    Plaintiff, | CIVIL ACTION NO. 3:11-2509 |
|    v. | |
| ANTHONY GUARIGLIA, ROSS LATONA, MARTIN QUINN, MARK SINGER, and BRUCE KNICK, in their Individual and Official Capacities, | (JUDGE CAPUTO) |
|    Defendants. | |

## ORDER

**NOW**, this 16th day of April, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 7) is **GRANTED in part and DENIED in part**.

(2) Defendants' motion to dismiss Count III of the Second Amended Complaint is **GRANTED** and the improper state ouster claim is dismissed. Plaintiff has **twenty-one (21) days** from the date of this Order to amend the Second Amended Complaint to properly plead this claim; otherwise, the improper state ouster claim is dismissed with prejudice.

(3) Defendants' motion to dismiss Count I and Count II of the Second Amended Complaint is **DENIED**.

                                                       /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge